LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-0209 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| JUANITA RODRIGUEZ, AKA JUANITA TAVERA, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Juanita Rodriguez, aka Juanita Tavera, in the principal amount of $3,406.07 plus interest accrued to January 4, 2012, in the sum of $5,808.27; with interest accruing thereafter at 9.13% annually until entry of judgment, for a total amount of $9,214.34.

DATED: 2/16/2012          By:      Terry Nafisi
                                Clerk of the Court
                                   A. Martinez
                                  Deputy Clerk
                           United States District Court